# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D. | 7th Circuit Court of Appeals | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States Court of Appeals
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emeritus, Board of Trustee | |
| 2. | Member, Board of Overseers | |
| 3. | Member, Board of Directors | |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Partial Honorary Membership | | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner on ___ mortgage | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | | None | K | T | | | | | |
| 2. IRA Acct #5 | B | Distribution | L | T | Distributed (part) | 11/30/12 | J | | |
| 3. | B | Int./Div. | | | | | | | |
| 4. -Fidelity Cash Reserves | | | | | | | | | |
| 5. -Fidelity Government Income | | | | | Buy (add'l) | 01/31/12 | J | | |
| 6. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 7. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 8. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 9. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 10. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 11. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 12. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 13. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 14. | | | | | Buy (add'l) | 10/05/12 | J | | |
| 15. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 16. | | | | | Sold (part) | 11/28/12 | J | A | |
| 17. | | | | | Buy (add'l) | 11/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 19. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 20.  -Fidelity Government Money Mkt | | | | | Sold (part) | 11/27/12 | J | | |
| 21.  -Fidelity Ginnie Mae | | | | | Buy (add'l) | 01/31/12 | J | | |
| 22. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 23. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 24. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 25. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 26. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 27. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 28. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 29. | | | | | Buy (add'l) | 09/07/12 | J | | |
| 30. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 31. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 32. | | | | | Sold (part) | 11/28/12 | J | A | |
| 33. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 34. | | | | | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 36.   -Fidelity Canada | | | | | Sold (part) | 11/28/12 | J | A | |
| 37. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 38.   Trust #1 - Account No. 2 | D | Dividend | P1 | T | | | | | |
| 39. | A | Royalty | | | | | | | |
| 40.   -Sch AMT TF Money Market Fd (SWFXX) | | | | | Buy (add'l) | 01/30/12 | J | | |
| 41. | | | | | Redeemed (part) | 01/30/12 | K | | |
| 42. | | | | | Buy (add'l) | 02/28/12 | J | | |
| 43. | | | | | Redeemed (part) | 02/28/12 | J | | |
| 44. | | | | | Buy (add'l) | 03/31/12 | J | | |
| 45. | | | | | Redeemed (part) | 03/31/12 | K | | |
| 46. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 47. | | | | | Redeemed (part) | 04/30/12 | K | | |
| 48. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 49. | | | | | Redeemed (part) | 05/31/12 | J | | |
| 50. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 51. | | | | | Redeemed (part) | 06/30/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 53. | | | | | Redeemed (part) | 07/31/12 | J | | |
| 54. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 55. | | | | | Redeemed (part) | 08/30/12 | J | | |
| 56. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 57. | | | | | Redeemed (part) | 09/30/12 | J | | |
| 58. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 59. | | | | | Redeemed (part) | 10/31/12 | J | | |
| 60. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 61. | | | | | Redeemed (part) | 11/30/12 | J | | |
| 62. | | | | | Buy (add'l) | 12/31/12 | K | | |
| 63. | | | | | Redeemed (part) | 12/31/12 | K | | |
| 64. -Sch AMT Tax-Free Money Mt Fd (SWWXX) | | | | | Buy (add'l) | 01/17/12 | J | | |
| 65. | | | | | Buy (add'l) | 02/15/12 | J | | |
| 66. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 67. | | | | | Buy (add'l) | 04/16/12 | J | | |
| 68. | | | | | Buy (add'l) | 05/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 06/15/12 | J | | |
| 70. | | | | | Buy (add'l) | 07/16/12 | J | | |
| 71. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 72. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 73. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 74. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 75. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 76. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 77. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 78. -AT&T Inc. CS | | | | | | | | | |
| 79. -Archer-Daniels-Midland Co. | | | | | | | | | |
| 80. -Bank of America Corp | | | | | | | | | |
| 81. -Comcast Corp New CL A | | | | | | | | | |
| 82. -Grupo Televisa SA De CVF | | | | | | | | | |
| 83. -Intel Corp. CS | | | | | | | | | |
| 84. -Marriott Intl Inc. Cl A CS | | | | | | | | | |
| 85. -Medtronic, Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Schnitzer Stl Inds Cl A | | | | | | | | | |
| 87.  -Teck Cominco Ltd Cl B | | | | | Buy (add'l) | 1/12/12 | J | | |
| 88.  -Wynn Resorts | | | | | | | | | |
| 89.  -Fidelity Govt Income Fund | | | | | Buy (add'l) | 01/31/12 | J | | |
| 90. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 91. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 92. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 93. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 94. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 95. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 96. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 97. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 98. | | | | | Buy (add'l) | 10/5/12 | J | | |
| 99. | | | | | Buy (add'l) | 10/5/12 | J | | |
| 100. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 101. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 102. | | | | | Buy (add'l) | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 104. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 105. -Buckeye Partners LP | | | | | | | | | |
| 106. -Hugoton Royalty Trust | | | | | | | | | |
| 107. -Plum Creek Timber Co. | | | | | | | | | |
| 108. -Alcoa Inc | | | | | | | | | |
| 109. -Citigroup Inc | | | | | Buy (add'l) | 02/27/12 | J | | |
| 110. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 111. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 112. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 113. -Wells Fargo 8.00% Pfd | | | | | | | | | |
| 114. -T Rowe Price Tax Free | | | | | Buy (add'l) | 01/31/12 | J | | |
| 115. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 116. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 117. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 118. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 119. | | | | | Buy (add'l) | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 121. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 122. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 123. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 124. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 125. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 126. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 127. -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/31/12 | J | | |
| 128. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 129. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 130. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 131. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 132. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 133. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 134. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 135. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 136. | | | | | Buy (add'l) | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 138. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 139. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 140. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 141. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 142. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 143. -Wells Fargo Advantage Ult S/T Mun In Inv | | | | | Buy (add'l) | 01/31/12 | J | | |
| 144. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 145. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 146. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 147. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 148. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 149. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 150. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 151. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 152. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 153. | | | | | Buy (add'l) | 11/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 155. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | Buy (add'l) | 01/31/12 | J | | |
| 156. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 157. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 158. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 159. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 160. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 161. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 162. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 163. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 164. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 165. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 166. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 167. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 168. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 169. -Teradata Corp | | | | | | | | | |
| 170. -NCR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Blackrock Long Term Muni | | | | | | | | | |
| 172. -Clough Global Oppty Fund | | | | | | | | | |
| 173. -Eaton Vance Enhanced | | | | | | | | | |
| 174. -Nuveen Core Equity Fund | | | | | | | | | |
| 175. -Pimco Global Stocks Plus | | | | | | | | | |
| 176. -Travelers Companies Inc | | | | | | | | | |
| 177. -Potash Corp Sask Inc | | | | | Buy (add'l) | 1/12/12 | J | | |
| 178. -Prologis Inc New | | | | | | | | | |
| 179. -Marriott Vacations | | | | | | | | | |
| 180. -Boeing Co | | | | | Buy | 01/12/12 | J | | |
| 181. -Ford Motor Company | | | | | Buy | 01/12/12 | J | | |
| 182. IRA Acct #8 | E | Int./Div. | O | T | | | | | |
| 183. | E | Distribution | | | | | | | |
| 184. -Schwab Bank | | | | | | | | | |
| 185. -Vanguard Energy | | | | | Buy (add'l) | 03/21/12 | J | | |
| 186. | | | | | Buy (add'l) | 03/21/12 | J | | |
| 187. | | | | | Buy (add'l) | 12/28/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.   -Vanguard GNMA Fund | | | | | Buy (add'l) | 01/31/12 | J | | |
| 189. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 190. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 191. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 192. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 193. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 194. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 195. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 196. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 197. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 198. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 199. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 200. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 201. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 202. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 203. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 204.   -Vanguard Short Term Invesmt Grade Fd | | | | | Buy (add'l) | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 206. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 207. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 208. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 209. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 210. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 211. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 212. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 213. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 214. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 215. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 216. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 217. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 218. -TRowe Price New Era Fd | | | | | Buy (add'l) | 12/17/12 | J | | |
| 219. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 220. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 221. -Conocophillips | | | | | Buy (add'l) | 03/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 223. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 224. | | | | | Buy (add'l) | 12/04/12 | J | | |
| 225.  -Intl Business Machines (IBM) | | | | | | | | | |
| 226.  -Sequoia | | | | | | | | | |
| 227.  -Cerner | | | | | Sold (part) | 11/14/12 | J | C | |
| 228.  -Citigroup Inc | | | | | Buy (add'l) | 02/27/12 | J | | |
| 229. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 230. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 231. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 232.  -Devon Energy CP | | | | | Buy (add'l) | 01/01/12 | J | | |
| 233. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 234. | | | | | Buy (add'l) | 07/02/12 | J | | |
| 235. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 236.  -Dominion Res Inc va | | | | | Buy (add'l) | 03/21/12 | J | | |
| 237. | | | | | Buy (add'l) | 06/21/12 | J | | |
| 238. | | | | | Buy (add'l) | 09/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 240.  -Gafisa Adr | | | | | | | | | |
| 241.  -Kinder Morgan Mgmt LLC | | | | | | | | | |
| 242.  -Pimco Corp Income Fund | | | | | Buy (add'l) | 01/04/12 | J | | |
| 243. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 244. | | | | | Buy (add'l) | 03/02/12 | J | | |
| 245. | | | | | Buy (add'l) | 04/03/12 | J | | |
| 246. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 247. | | | | | Buy (add'l) | 06/04/12 | J | | |
| 248. | | | | | Buy (add'l) | 07/03/12 | J | | |
| 249. | | | | | Buy (add'l) | 08/02/12 | J | | |
| 250. | | | | | Buy (add'l) | 09/05/12 | J | | |
| 251. | | | | | Buy (add'l) | 10/3/12 | J | | |
| 252. | | | | | Buy (add'l) | 11/2/12 | J | | |
| 253. | | | | | Buy (add'l) | 12/04/12 | J | | |
| 254.  -Randgold Res Ltd Adr | | | | | | | | | |
| 255.  -Tellabs Inc | | | | | Buy (add'l) | 02/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 05/29/12 | J | | |
| 257. | | | | | Buy (add'l) | 09/04/12 | J | | |
| 258. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 259. -Verizon Communications | | | | | | | | | |
| 260. -Frontier Communications | | | | | | | | | |
| 261. -Warner Chilcott Plc | | | | | | | | | |
| 262. -Harbor Bond Fund Inst Cl | | | | | Buy (add'l) | 03/29/12 | J | | |
| 263. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 264. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 265. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 266. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 267. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 268. -Janus Short Term Bd Fd | | | | | Buy (add'l) | 01/31/12 | J | | |
| 269. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 270. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 271. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 272. | | | | | Buy (add'l) | 05/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 274. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 275. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 276. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 277. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 278. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 279. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 280. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 281. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 282.   -Ridgeworth US Gov Sec | | | | | Buy (add'l) | 01/31/12 | J | | |
| 283. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 284. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 285. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 286. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 287. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 288. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 289. | | | | | Buy (add'l) | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 291. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 292. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 293. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 294. -TCW Total Return Bond | | | | | Buy (add'l) | 01/31/12 | J | | |
| 295. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 296. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 297. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 298. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 299. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 300. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 301. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 302. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 303. | | | | | Buy (add'l) | 11/1/12 | J | | |
| 304. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 305. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 306. -Thompson Plumb Bond Fund | | | | | Buy (add'l) | 03/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 308. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 309. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 310. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 311. -Vanguard Short Term Bond | | | | | Buy (add'l) | 01/31/12 | J | | |
| 312. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 313. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 314. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 315. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 316. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 317. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 318. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 319. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 320. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 321. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 322. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 323. | | | | | Buy (add'l) | 11/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 325. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 326. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 327. -Annaly Capital Mgmt | | | | | Buy (add'l) | 01/27/12 | J | | |
| 328. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 329. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 330. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 331. -Government Ppty Income Tr | | | | | Buy (add'l) | 02/27/12 | J | | |
| 332. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 333. | | | | | Buy (add'l) | 08/23/12 | J | | |
| 334. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 335. -Ishares Iboxx Investop | | | | | | | | | |
| 336. -Ishares Msci Brazil Indx | | | | | | | | | |
| 337. -National Retail Pptys | | | | | Buy (add'l) | 02/16/12 | J | | |
| 338. | | | | | Buy (add'l) | 05/16/12 | J | | |
| 339. | | | | | Buy (add'l) | 08/16/12 | J | | |
| 340. | | | | | Sold (part) | 11/14/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 342. -Plum Creek Timber Co | | | | | Buy (add'l) | 03/05/12 | J | | |
| 343. | | | | | Buy (add'l) | 06/01/12 | J | | |
| 344. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 345. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 346. -Spdr Gold Trust | | | | | | | | | |
| 347. -Aluminum Corp China ADR | | | | | | | | | |
| 348. -Bank of America Corp | | | | | Buy (add'l) | 03/26/12 | J | | |
| 349. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 350. | | | | | Buy (add'l) | 10/01/12 | J | | |
| 351. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 352. -Blackrock Enhcd Cap & Income | | | | | | | | | |
| 353. -Eaton Van Tax Adv | | | | | | | | | |
| 354. -Visa Inc Cl A | | | | | | | | | |
| 355. -Guggenheim Enhanced Eqty Income Fund | | | | | | | | | |
| 356. -Potash Corp Sask Inc | | | | | | | | | |
| 357. -Phillips 66 | | | | | Spinoff (from line 221) | 05/01/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 05/01/12 | J | | |
| 359. Trust #4 | D | Dividend | O | T | | | | | |
| 360. -Fidelity Tax-Free Money Market | | | | | | | | | |
| 361. -AT&T Inc Com | | | | | | | | | |
| 362. -Agnico Egle Mines Com NPV | | | | | | | | | |
| 363. -Alcoa Inc | | | | | | | | | |
| 364. -Anadarko Pete Corp | | | | | | | | | |
| 365. -Apple Inc | | | | | | | | | |
| 366. -Brocade Communications Sys | | | | | | | | | |
| 367. -Enbridge Energy Partners LP | | | | | | | | | |
| 368. -Govt Pptys Income Tr Com Shs | | | | | | | | | |
| 369. -Ishares Inc MSCI Canada Index Fd | | | | | | | | | |
| 370. -ITC Hldgs Corp | | | | | | | | | |
| 371. -Pimco Mun Income Fd II | | | | | | | | | |
| 372. -Range Resources Corp | | | | | | | | | |
| 373. -SPDR Ser Tr Morgan Stanley Tech | | | | | | | | | |
| 374. -Tata Motors Limited Adr Ea Rep | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Fidelity Canada (FICDX) | | | | | Buy (add'l) | 12/07/12 | J | | |
| 376. -American Century Tax Free Bond (TWTIX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 377. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 378. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 379. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 380. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 381. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 382. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 383. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 384. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 385. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 386. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 387. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 388. | | | | | Buy (add'l) | 12/07/12 | J | | |
| 389. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | | | | | Buy (add'l) | 01/25/12 | J | | |
| 390. | | | | | Buy (add'l) | 02/27/12 | J | | |
| 391. | | | | | Buy (add'l) | 03/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 393. | | | | | Buy (add'l) | 05/25/12 | J | | |
| 394. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 395. | | | | | Buy (add'l) | 07/25/12 | J | | |
| 396. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 397. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 398. | | | | | Buy (add'l) | 10/25/12 | J | | |
| 399. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 400. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 401. -BMO Intermediate Tax Free | | | | | Buy (add'l) | 01/01/12 | J | | Name Changed See Note 1 |
| 402. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 403. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 404. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 405. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 406. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 407. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 408. | | | | | Buy (add'l) | 07/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 410. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 411. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 412. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 413. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 414. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 415. -Pimco Total Return Class D (PTTDX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 416. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 417. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 418. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 419. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 420. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 421. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 422. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 423. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 424. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 425. | | | | | Buy (add'l) | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 427. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 428. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 429. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 430. -T Rowe Price Tax Free Short Inter (PRFSX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 431. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 432. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 433. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 434. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 435. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 436. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 437. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 438. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 439. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 440. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 441. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 442. | | | | | Buy (add'l) | 12/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Thornburg Ltd Term-Municipal Fund Cl A (LTMFX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 444. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 445. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 446. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 447. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 448. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 449. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 450. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 451. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 452. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 453. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 454. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 455. -Thornburg Strategic Municipal Income C (TSSCX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 456. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 457. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 458. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 459. | | | | | Buy (add'l) | 04/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 461. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 462. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 463. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 464. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 465. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 466. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 467. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 468. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 469. -Vanguard GNMA (VFIIX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 470. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 471. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 472. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 473. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 474. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 475. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 476. | | | | | Buy (add'l) | 05/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 478. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 479. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 480. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 481. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 482. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 483. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 484. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 485. -Wells Fargo Ultra Shrt Trn Muni Inc-Adv (SMUAX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 486. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 487. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 488. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 489. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 490. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 491. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 492. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 493. | | | | | Buy (add'l) | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 495. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 496. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 497. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | | | | | Buy (add'l) | 01/01/12 | J | | |
| 498. | | | | | Buy (add'l) | 01/31/12 | J | | |
| 499. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 500. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 501. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 502. | | | | | Buy (add'l) | 05/31/12 | J | | |
| 503. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 504. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 505. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 506. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 507. | | | | | Buy (add'l) | 10/31/12 | J | | |
| 508. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 509. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 510. | | | | | Buy (add'l) | 12/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 36

Name of Person Reporting

Rovner, Ilana D.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Hatteras Finl Corp Com (HTS) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Marshall Intermed Tax Free Cl Y (MITFX) changed its name in 2012 to BMO Intermediate Tax Free.

# FINANCIAL DISCLOSURE REPORT

Page 36 of 36

Name of Person Reporting

Rovner, Ilana D.

Date of Report

05/13/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544